### RICHARD JONES vs. AMANDA JONES.

**1. DIVORCE—SHARING PROPERTY—TESTIMONY—TIME OF HEARING.**

When the wife in a divorce case asks to be allowed a share of her husband's estate, testimony thereon may be heard at the trial, or at the time of the granting of the final decree.

**2. DIVORCE—ALIMONY—INCORPORATION IN DECREE NISI—TIME PAYABLE.**

Where, at the trial of a divorce action, the alimony is agreed upon or determined by the court after hearing the testimony, it may be incorporated in the decree *nisi*, and made payable upon the granting of the final decree.

(*April* 17, 1916.)

PENNEWILL, C. J., and BOYCE, J., sitting.

*John D. Hawkins* for plaintiff.

*J. Hall Anderson* for defendant.

Superior Court, Kent County, April Term, 1916.

ACTION FOR DIVORCE, No. 27, February Term, 1916.

Action for divorce by Richard Jones against Amanda Jones. Decree nisi for plaintiff, incorporating alimony made payable at time of granting final decree.

During the progress of the trial, counsel for the defendant stated that, if a decree nisi should be granted, the defendant would ask that a share of her husband's estate be allowed her,

under *Section* 15, *Chapter* 221, *Volume* 24, *Laws of Delaware*, which provides:

"When a divorce shall be decreed for the aggression of the husband, the complainant shall be restored to all her real estate, and be allowed, out of her husband's real and personal estate, such share as the court shall think reasonable; but if the divorce be for the wife's aggression, the court may restore the whole or a part of her real estate, and also such share of her husband's personal property as may seem reasonable."

Decree nisi for plaintiff. Amount of allowance to be paid by husband to his wife out of his estate agreed upon by counsel. Payment to be made at the time of granting the final decree.

᾿ PER CURIAM. [1, 2] When the wife in a divorce case shall ask to be allowed a share of her husband's estate, testimony respecting the same may be heard at the trial of said action, or at the time of the granting of the final decree. If, at the trial of the divorce action the alimony is agreed upon, or determined by the court after hearing the testimony, it may be incorporated in the decree *nisi*, made payable upon the granting of the final decree. The court are of the opinion that such application should be made by the petition of the claimant.

After hearing the testimony, the court granted a decree *nisi*. Whereupon counsel for the parties conferred respecting the allowance to be paid by the husband to his wife out of his estate, and subsequently they made known to the court the amount agreed upon.

Let the amount agreed upon be incorporated in the decree *nisi*, the same to be paid at the time of granting the final decree.